**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

DEMARCUS RANTREZ ROBINSON, ADC#150429                                    PLAINTIFF

v.                                       No. 5:17CV00299 JLH/JTR

SERENA LYNN MCCOY, Disciplinary Serving Officer,
Delta Regional Unit, Arkansas Department of Correction                   DEFENDANT

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge

J. Thomas Ray.  No objections have been filed.  After careful review, the Recommendation is

approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.      The complaint and amended complaint (Doc. Nos. 2 and 5) are dismissed without

prejudice for failing to state a claim upon which relief may be granted.

2.      Dismissal is a "strike," as defined by 28 U.S.C. § 1915(g).

3.      It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal

from this Order would not be taken in good faith.

DATED this 11th day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE