UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEMARCUS RANTREZ ROBINSON, ADC#150429     PLAINTIFF

v.     No. 5:17CV00299 JLH/JTR

SERENA LYNN MCCOY, Disciplinary Serving Officer,
Delta Regional Unit, Arkansas Department of Correction     DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, this case is dismissed without prejudice. This action is terminated, and the Court certifies that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 11th day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE